Anoush Hakimi (SBN 228858)
anoush@handslawgroup.com
Peter Shahriari (SBN 237074)
peter@handslawgroup.com
Lauren Davis (SBN 294115)
lauren@handslawgroup.com
Cody R. Cooper (SBN 304730)
cody@handslawgroup.com
**THE LAW OFFICE OF HAKIMI & SHAHRIARI**
1800 Vine Street
Los Angeles, CA 90028
Telephone: (888) 635-2250
Facsimile: (213) 402-2170

Attorneys for Plaintiff,
**CHARLES TAYLOR**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES TAYLOR, an individual, <br><br> Plaintiff, <br><br> v. <br><br> 1245 E 4 TH, INC., a California corporation; and DOES 1-10, <br><br> Defendants. | CASE NO.: 5:21-cv-00555-JGB-SP <br><br> **JOINT NOTICE OF SETTLEMENT** <br><br> The Hon. *Jesus G. Bernal* <br> Action Filed: March 30, 2021 |

The Parties hereby jointly notify the Court that a confidential settlement has been reached in the above-captioned case, and the Parties would like to avoid any additional expense, and further the interests of judicial economy.

1
JOINT NOTICE OF SETTLEMENT

The Parties, therefore, apply to this Honorable Court to vacate all currently set dates with the expectation that a Joint Stipulation for Dismissal with prejudice as to all parties will be filed within 60 days. The Parties further request that the Court schedule a Status Conference/OSC Hearing approximately 60 days out at which the Parties, by and through their attorneys of record, shall show cause why this case has not been dismissed.

DATED: February 7, 2023        THE LAW OFFICE OF HAKIMI & SHAHRIARI

By: */s/Anoush Hakimi*
Anoush Hakimi, Esq.
Attorneys for Plaintiff, Charles Taylor

DATED: February 7, 2023        LAW OFFICES OF STEPHEN ABRAHAM

By: */s/Stephen E. Abraham*
Stephen E. Abraham, Esq.
Attorney for Defendant, 1245 E 4th, Inc., a California corporation

### SIGNATURE ATTESTATION

I hereby attest that all signatories listed above, on whose behalf this stipulation is submitted, concur in the filing's content and have authorized the filing.

1 | ANOUSH HAKIMI

*/s/Anoush Hakimi*
By: Anoush Hakimi, Esq.
Attorneys for Plaintiff, Charles Taylor