1
2
3
4
5
6
7
8              **UNITED STATES DISTRICT COURT**
9              **CENTRAL DISTRICT OF CALIFORNIA**
10
11

| | |
|---|---|
| CHARLES TAYLOR, an individual, | Case No.: 5:21-cv-00555-JGB-SP |
| Plaintiff, | |
| v. | **ORDER FOR DISMISSAL WITH PREJUDICE** |
| 1245 E 4 TH, INC., a California corporation; and DOES 1-10, | |
| Defendants. | |

Pursuant to Fed. R. Civ. P. 41, the Court, having considered the documents before it, and being fully advised, finds as follows:

**IT IS ORDERED THAT:**

Plaintiff Charles Taylor's action against Defendant, 1245 E 4th, Inc., is dismissed with prejudice. Each party will be responsible for its own fees and costs.

Dated: April 26, 2023

_____
Hon. Jesus G. Bernal
United States District Judge